UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN ROBERT DEMOS, JR.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES, et al.,<br><br>Defendants. | C22-5267 TSZ<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, Chief United States Magistrate Judge, docket no. 2, Plaintiff's objections, docket no. 3, and the remaining record, does hereby find and ORDER:

(1) The Report and Recommendation, docket no. 2, is ADOPTED;

(2) Plaintiff's action, docket no. 1-1, is DISMISSED without prejudice and his application to proceed *in forma pauperis*, docket no. 1, is DENIED; and

(3) The Clerk is directed to CLOSE this case and to send a copy of this Order to Plaintiff and to Judge Creatura.

Dated this 19 day of May, 2022.

Thomas S. Zilly
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1